THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tyhia Mattress, Appellant.
 
 
 

Appeal From Anderson County
 J. Cordell Maddox, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-118
Submitted February 1, 2008  Filed
 February 13, 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Robert M. Dudek, of Columbia, for Appellant.
 Teresa A. Knox, of Columbia, for Respondent.
 
 
 

PER CURIAM: Tyhia
 Mattress appeals her conditions of probation, arguing the trial court erred by imposing an additional probation
 condition requiring her to attend anger management classes.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Mattress appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HUFF, KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.